Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
**NELSON & HOUMAND, P.C.**
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Electronically Filed On: February 9, 2014*

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

WILLIAM WALTER PLISE,
AKA BILL PLISE,

　　　　　Debtor.

Case No. BK-S-12-14724-LBR
Chapter 7

**DECLARATION OF VICTORIA L. NELSON IN SUPPORT OF FIRST INTERIM APPLICATION OF NELSON & HOUMAND, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED DURING THE PERIOD FROM SEPTEMBER 3, 2013 THROUGH FEBRUARY 7, 2014 AND FOR REIMBURSEMENT OF EXPENSES**

Date of Hearing:    March 12, 2014
Time of Hearing:    9:30 a.m.
Place: Courtroom No. 5, Second Floor
　　　　　　　　　　Foley Federal Building
　　　　　　　　　　300 Las Vegas Blvd., S.
　　　　　　　　　　Las Vegas, NV 89101

Judge: Hon. Linda B. Riegle

　　　　I, Victoria L. Nelson, declare pursuant to 28 U.S.C. § 1746 as follows:

　　　　1.　　I am a shareholder with the law firm of Nelson & Houmand, P.C. (alternatively, the "Firm" or "Nelson & Houmand, P.C.") and am over 18 years of age.  I am one of the attorneys actively involved in representing Shelley D. Krohn, the Chapter 7 Trustee appointed in the above-captioned proceedings (the "Trustee").  I make this declaration in support of the First Interim Application of Nelson & Houmand, P.C. for Compensation for Services Rendered and

for Reimbursement of Expenses (the "Fee Application"). I have personal knowledge of, and if called to testify would and could testify competently to, the matters set forth herein.

2. I certify that (a) I have read the Fee Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court, District of Nevada (the "Guidelines") except as specifically noted in the Fee Application; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by Nelson & Houmand, P.C. and generally accepted by the clients of Nelson & Houmand, P.C.

3. I have reviewed the time sheets attached as Exhibit "A" to the Fee Application and the narratives in the Application describing the work performed by Nelson & Houmand, P.C. and believe that such time sheets and narratives are true and correct in all material respects.

4. I have reviewed the itemized expense records attached to the Fee Application as Exhibit "B" and believe that such expense records are true and correct in all material respects.

5. Except for the Fee Application, the Firm has filed no previous requests for compensation and has not received any payment on account of its services from the Trustee prior to the date hereof.

6. Nelson & Houmand, P.C. has not been paid or received any compensation from any source for services rendered in connection with this case. There are no agreements or understandings for Nelson & Houmand, P.C. to receive fees from any source other than the Trustee.

7. Nelson & Houmand, P.C. has not entered into any agreement or understanding with any entity for the sharing of compensation received or to be received for services rendered or to be rendered in connection with this case.

. . .

. . .

. . .

1     8.    I sent a copy of the Fee Application to the Trustee and she has approved the amounts requested in the Fee Application.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 9, 2014, in Las Vegas, Nevada.

*/s/ Victoria L. Nelson*
Victoria L. Nelson

- 3 -