Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
**NELSON & HOUMAND, P.C.**
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:   702/720-3370
Facsimile:   702/720-3371

*Electronically Filed On: February 10, 2014*

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

WILLIAM WALTER PLISE,

   Debtor.

Case No. BK-S-12-14724-LBR
Chapter   7

**CERTIFICATE OF SERVICE**

Date of Hearing:   March 12, 2014
Time of Hearing:   9:30 a.m.
Place: Courtroom No. 5, Second Floor
              Foley Federal Building
              300 Las Vegas Blvd., S.
              Las Vegas, NV 89101

Judge: Honorable Linda B. Riegle

1.   On February 10, 2014, I served the following document(s) (*specify*):

2.   I served the above-named document(s) by the following means to the persons as listed below:

NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF NELSON & HOUMAND, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED DURING THE PERIOD FROM SEPTEMBER 3, 2013 THROUGH FEBRUARY 7, 2014, AND FOR REIMBURSEMENT OF EXPENSES

**(Check all that apply)**

☒   a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list persons*

1  *and addresses and attach additional paper if necessary)*

2  OGONNA M. ATAMOH on behalf of Trustee SHELLEY D. KROHN
   oatamoh@nevadafirm.com,
3  rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com
4

5  ADAM P. BOWLER on behalf of Non Debtor Entity MITCHELL STIPP
   abowler@ccarlyon.com, apbowler@cox.net;docket@ccarlyon.com
6

7  LOUIS M. BUBALA, III on behalf of Defendant MOUNTAIN SPRINGS DEVELOPMENT, LLC
   lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
8

9  LOUIS M. BUBALA, III on behalf of Defendant JON E. FIELD
   lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com
10

11 LOUIS M. BUBALA, III on behalf of Interested Party JON E. FIELD
   lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

12 CANDACE C CARLYON on behalf of Creditor BANK OF GEORGE
   ccarlyon@carlyonsmith.com,
13 docket@carlyonsmith.com;ccarlyon@carlyonsmith.com;vfink@carlyonsmith.com;nrodriguez@carlyonsmith.com;cthompson@carlyonsmith.com
14

15 LINVEL J. COPPEDGE on behalf of Creditor BANK OF GEORGE
   jcoppedge@sheacarlyon.com, docket@sheacarlyon.com
16

17 TIMOTHY S. CORY on behalf of Defendant 13413 SHORE VISTA DRIVE, LLC
   tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com
18

19 TIMOTHY S. CORY on behalf of Defendant 5550 LAS VEGAS, LLC
   tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com

20 TIMOTHY S. CORY on behalf of Defendant KOBA INVESTMENTS, LLC
21 tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com

22 TIMOTHY S. CORY on behalf of Interested Party MICHAEL HALVERSON
   tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com
23

24 TIMOTHY S. CORY on behalf of Plaintiff KRISTEN BELING
   tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com
25

26 TIMOTHY S. CORY on behalf of Plaintiff WILLIAM DOUGHERTY, JR
   tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com

27 EDWARD J. HANIGAN on behalf of Creditor ALPER LIMITED PARTNERSHIP
28 ejh@haniganlaw.com, jas@haniganlaw.com

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89139
Telephone: (702) 720-3370
Facsimile: (702) 720-3371

EDWARD J. HANIGAN on behalf of Creditor ELIOT A. ALPER AS TRUSTEE OF THE ELIOT A. ALPER REVOCABLE TRUST
ejh@haniganlaw.com, jas@haniganlaw.com

EDWARD J. HANIGAN on behalf of Creditor ELIOT A. ALPER REVOCABLE TRUST
ejh@haniganlaw.com, jas@haniganlaw.com

EDWARD J. HANIGAN on behalf of Creditor SPACEFINDERS REALTY, INC.
ejh@haniganlaw.com, jas@haniganlaw.com

JACOB L. HOUMAND on behalf of Counter-Defendant SHELLEY D KROHN
jhoumand@nelsonhoumand.com,
vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

JACOB L. HOUMAND on behalf of Defendant CITY CROSSING 2, LLC
jhoumand@nelsonhoumand.com,
vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D. KROHN, CHAPTER 7 TRUSTEE
jhoumand@nelsonhoumand.com,
vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D KROHN
jhoumand@nelsonhoumand.com,
vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D KROHN
jhoumand@nelsonhoumand.com,
vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D. KROHN
jhoumand@nelsonhoumand.com,
vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D. KROHN
jhoumand@nelsonhoumand.com,
vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

JACOB L. HOUMAND on behalf of Trustee SHELLEY D. KROHN
jhoumand@nelsonhoumand.com,
vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

MATTHEW L. JOHNSON on behalf of Creditor OLD TOLL ROAD, LLC
annabelle@mjohnsonlaw.com,
mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Creditor TENNILLE I. PLISE
annabelle@mjohnsonlaw.com,
mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Defendant OLD TOLL ROAD, LLC
annabelle@mjohnsonlaw.com,
mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com

MATTHEW L. JOHNSON on behalf of Defendant TENNILLE I. PLISE
annabelle@mjohnsonlaw.com,
mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com

MATTHEW T. KNEELAND on behalf of Creditor CML-NV ONE, LLC
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

SHELLEY D. KROHN
shelley.trusteekrohn@7trustee.net, becca.trusteekrohn@7trustee.net;NV27@ecfcbis.com

VICTORIA L NELSON on behalf of Counter-Defendant SHELLEY D KROHN
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Other Prof. Nelson & Houmand, P.C.
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Plaintiff SHELLEY D. KROHN, CHAPTER 7 TRUSTEE
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Plaintiff SHELLEY D KROHN
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Plaintiff SHELLEY D KROHN
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Plaintiff SHELLEY D. KROHN
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Plaintiff SHELLEY D. KROHN
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Trustee SHELLEY D. KROHN
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

JORDAN B. PEEL on behalf of Creditor FNBN-CMLCON I, LLC
jordan@wmb-law.net, bsnow@wmb-law.net;rwoodbury@wmb-law.net

MICHAEL D. RAWLINS on behalf of Defendant 13413 SHORE VISTA DRIVE, LLC
mrawlins@djplaw.com, csimmons@djplaw.com

MICHAEL D. RAWLINS on behalf of Interested Party KOBA INVESTMENTS, LLC
mrawlins@djplaw.com, csimmons@djplaw.com

MICHAEL D. RAWLINS on behalf of Interested Party MICHAEL HALVERSON
mrawlins@djplaw.com, csimmons@djplaw.com

LENARD E. SCHWARTZER on behalf of Debtor WILLIAM WALTER PLISE
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant WILLIAM R. PLISE
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant WILLIAM WALTER PLISE
bkfilings@s-mlaw.com

MICHAEL H. SINGER on behalf of Counter-Claimant VARDA JARIV
dhutchings@mhsingerlaw.com

MITCHELL D. STIPP on behalf of Non Debtor Entity Amy Stipp
mitchell.stipp@yahoo.com

JEFFREY R. SYLVESTER on behalf of Creditor CML-ADC VENTURE LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor CML-NV ONE, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

DIANE E TEBELIUS on behalf of Non Debtor Entity MITCHELL STIPP
dtebelius@lesourd.com, nhawthorne@lesourd.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov



GILBERT B, WEISMAN on behalf of Creditor AMERICAN EXPRESS BANK FSB
notices@becket-lee.com

JOSEPH G WENT on behalf of Creditor CASHMAN EQUIPMENT COMPANY
JGWent@hollandhart.com, algrangaard@hollandhart.com

NATALIE L. WINSLOW on behalf of Creditor BANK OF GEORGE
natalie.winslow@akerman.com,
adam.crawford@akerman.com;debbie.julien@akerman.com;eloisa.nunez@akerman.com;bradley.lipman@akerman.com;darren.brenner@akerman.com

RYAN J. WORKS on behalf of Defendant AMERICAN VISTA CONSULTING, LLC
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Defendant MSJM ADVISORS, LLC
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Defendant JAMES L. MOORE
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

☒   **b.  United States mail, postage full prepaid**

**WILLIAM WALTER PLISE**
7345 S. DURANGO DR., B107
UNIT #206
LAS VEGAS, NV 89113

JOHN P. LEWIS, JR.
LAW OFFICE OF OHN P. LEWIS, JR.
1412 MAIN STREET, SUITE 210
DALLAS, TX 75202

☐   **c.  Personal Service** *(List persons and addresses.  Attach additional paper if necessary)*
    I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email** (as opposed to through the ECF System) (List persons and email addresses. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on *(date): February 10, 2014*

Carol E. Jorvig  /s/  *Carol E. Jorvig*
(NAME OF DECLARANT)    (SIGNATURE OF DECLARANT)

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89139
Telephone: (702) 720-3370
Facsimile: (702) 720-3371