Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
**NELSON & HOUMAND, P.C.**
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Electronically Filed On: March 5, 2014*

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WALTER PLISE,<br><br>Debtor. | Case No.  BK-S-12-14724-LBR<br>Chapter   7<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>Date of Hearing:    March 12, 2014<br>Time of Hearing:    9:30 a.m.<br>Place: Courtroom No. 5, Second Floor<br>                  Foley Federal Building<br>                  300 Las Vegas Blvd., S.<br>                  Las Vegas, NV 89101<br><br>Judge:  Honorable Linda B. Riegle |

1.  On February 10, 2014, I served the following document(s) *(specify)*:

2.  I served the above-named document(s) by the following means to the persons as listed below:

NOTICE OF HEARING ON THE FIRST INTERIM APPLICATION OF NELSON & HOUMAND, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED DURING THE PERIOD FROM SEPTEMBER 3, 2013 THROUGH FEBRUARY 7, 2014, AND FOR REIMBURSEMENT OF EXPENSES

          **(Check all that apply)**
☒    a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list persons and addresses and attach additional paper if necessary)*

- 1 -

OGONNA M. ATAMOH on behalf of Trustee SHELLEY D. KROHN
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

ADAM P. BOWLER on behalf of Non Debtor Entity MITCHELL STIPP
abowler@ccarlyon.com, apbowler@cox.net;docket@ccarlyon.com

LOUIS M. BUBALA, III on behalf of Defendant MOUNTAIN SPRINGS DEVELOPMENT, LLC
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Defendant JON E. FIELD
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

LOUIS M. BUBALA, III on behalf of Interested Party JON E. FIELD
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

CANDACE C CARLYON on behalf of Creditor BANK OF GEORGE
ccarlyon@carlyonsmith.com,
docket@carlyonsmith.com;ccarlyon@carlyonsmith.com;vfink@carlyonsmith.com;nrodriguez@carlyonsmith.com;cthompson@carlyonsmith.com

LINVEL J. COPPEDGE on behalf of Creditor BANK OF GEORGE
jcoppedge@sheacarlyon.com, docket@sheacarlyon.com

TIMOTHY S. CORY on behalf of Defendant 13413 SHORE VISTA DRIVE, LLC
tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com

TIMOTHY S. CORY on behalf of Defendant 5550 LAS VEGAS, LLC
tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com

TIMOTHY S. CORY on behalf of Defendant KOBA INVESTMENTS, LLC
tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com

TIMOTHY S. CORY on behalf of Interested Party MICHAEL HALVERSON
tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com

TIMOTHY S. CORY on behalf of Plaintiff KRISTEN BELING
tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com

TIMOTHY S. CORY on behalf of Plaintiff WILLIAM DOUGHERTY, JR
tcory@djplaw.com, csimmons@djplaw.com;salexander@djplaw.com

EDWARD J. HANIGAN on behalf of Creditor ALPER LIMITED PARTNERSHIP
ejh@haniganlaw.com, jas@haniganlaw.com

| | |
|---|---|
| 1 | EDWARD J. HANIGAN on behalf of Creditor ELIOT A. ALPER AS TRUSTEE OF THE ELIOT A. ALPER REVOCABLE TRUST |
| 2 | ejh@haniganlaw.com, jas@haniganlaw.com |
| 3 | EDWARD J. HANIGAN on behalf of Creditor ELIOT A. ALPER REVOCABLE TRUST |
| 4 | ejh@haniganlaw.com, jas@haniganlaw.com |
| 5 | EDWARD J. HANIGAN on behalf of Creditor SPACEFINDERS REALTY, INC. |
| 6 | ejh@haniganlaw.com, jas@haniganlaw.com |
| 7 | JACOB L. HOUMAND on behalf of Counter-Defendant SHELLEY D KROHN |
|   | jhoumand@nelsonhoumand.com, |
| 8 | vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com |
| 9 | JACOB L. HOUMAND on behalf of Defendant CITY CROSSING 2, LLC |
|   | jhoumand@nelsonhoumand.com, |
| 10 | vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com |
| 11 | JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D. KROHN, CHAPTER 7 TRUSTEE |
| 12 | jhoumand@nelsonhoumand.com, |
| 13 | vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com |
| 14 | JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D KROHN |
|    | jhoumand@nelsonhoumand.com, |
| 15 | vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com |
| 16 | JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D KROHN |
|    | jhoumand@nelsonhoumand.com, |
| 17 | vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com |
| 18 | JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D. KROHN |
| 19 | jhoumand@nelsonhoumand.com, |
|    | vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com |
| 20 | JACOB L. HOUMAND on behalf of Plaintiff SHELLEY D. KROHN |
| 21 | jhoumand@nelsonhoumand.com, |
| 22 | vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com |
| 23 | JACOB L. HOUMAND on behalf of Trustee SHELLEY D. KROHN |
|    | jhoumand@nelsonhoumand.com, |
| 24 | vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com |
| 25 | MATTHEW L. JOHNSON on behalf of Creditor OLD TOLL ROAD, LLC |
| 26 | annabelle@mjohnsonlaw.com, |
|    | mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com |
| 27 | MATTHEW L. JOHNSON on behalf of Creditor TENNILLE I. PLISE |
| 28 | annabelle@mjohnsonlaw.com, |

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169
Telephone: (702) 720-3370
Facsimile: (702) 720-3371

1  mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com

2  MATTHEW L. JOHNSON on behalf of Defendant OLD TOLL ROAD, LLC
3  annabelle@mjohnsonlaw.com,
mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com

4
5  MATTHEW L. JOHNSON on behalf of Defendant TENNILLE I. PLISE
annabelle@mjohnsonlaw.com,
mjohnson@mjohnsonlaw.com;shari@mjohnsonlaw.com;mcarlyon@mjohnsonlaw.com
6

7  MATTHEW T. KNEELAND on behalf of Creditor CML-NV ONE, LLC
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

8
9  SHELLEY D. KROHN
shelley.trusteekrohn@7trustee.net, becca.trusteekrohn@7trustee.net;NV27@ecfcbis.com

10 VICTORIA L NELSON on behalf of Counter-Defendant SHELLEY D KROHN
11 vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com
12

13 VICTORIA L NELSON on behalf of Other Prof. NELSON & HOUMAND, P.C.
14 vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com
15

16 VICTORIA L NELSON on behalf of Plaintiff SHELLEY D. KROHN, CHAPTER 7 TRUSTEE
vnelson@nelsonhoumand.com,
17 jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

18
19 VICTORIA L NELSON on behalf of Plaintiff SHELLEY D KROHN
vnelson@nelsonhoumand.com,
20 jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com
21

22 VICTORIA L NELSON on behalf of Plaintiff SHELLEY D KROHN
vnelson@nelsonhoumand.com,
23 jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

24
25 VICTORIA L NELSON on behalf of Plaintiff SHELLEY D. KROHN
vnelson@nelsonhoumand.com,
26 jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

27
28 VICTORIA L NELSON on behalf of Plaintiff SHELLEY D. KROHN
vnelson@nelsonhoumand.com,

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169
Telephone: (702) 720-3370
Facsimile: (702) 720-3371

jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Trustee SHELLEY D. KROHN
vnelson@nelsonhoumand.com,
jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

JORDAN B. PEEL on behalf of Creditor FNBN-CMLCON I, LLC
jordan@wmb-law.net, bsnow@wmb-law.net;rwoodbury@wmb-law.net

MICHAEL D. RAWLINS on behalf of Defendant 13413 SHORE VISTA DRIVE, LLC
mrawlins@djplaw.com, csimmons@djplaw.com

MICHAEL D. RAWLINS on behalf of Interested Party KOBA INVESTMENTS, LLC
mrawlins@djplaw.com, csimmons@djplaw.com

MICHAEL D. RAWLINS on behalf of Interested Party MICHAEL HALVERSON
mrawlins@djplaw.com, csimmons@djplaw.com

LENARD E. SCHWARTZER on behalf of Debtor WILLIAM WALTER PLISE
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant WILLIAM R. PLISE
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Defendant WILLIAM WALTER PLISE
bkfilings@s-mlaw.com

MICHAEL H. SINGER on behalf of Counter-Claimant VARDA JARIV
dhutchings@mhsingerlaw.com

MITCHELL D. STIPP on behalf of Non Debtor Entity Amy Stipp
mitchell.stipp@yahoo.com

JEFFREY R. SYLVESTER on behalf of Creditor CML-ADC VENTURE LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor CML-NV ONE, LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

DIANE E TEBELIUS on behalf of Non Debtor Entity MITCHELL STIPP
dtebelius@lesourd.com, nhawthorne@lesourd.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

GILBERT B, WEISMAN on behalf of Creditor AMERICAN EXPRESS BANK FSB

1  notices@becket-lee.com

2  JOSEPH G WENT on behalf of Creditor CASHMAN EQUIPMENT COMPANY
3  JGWent@hollandhart.com, algrangaard@hollandhart.com

4  NATALIE L. WINSLOW on behalf of Creditor BANK OF GEORGE
   natalie.winslow@akerman.com,
5  adam.crawford@akerman.com;debbie.julien@akerman.com;eloisa.nunez@akerman.com;bradley.lipman@akerman.com;darren.brenner@akerman.com
6

7  RYAN J. WORKS on behalf of Defendant AMERICAN VISTA CONSULTING, LLC
   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com
8

9  RYAN J. WORKS on behalf of Defendant MSJM ADVISORS, LLC
   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

10 RYAN J. WORKS on behalf of Defendant JAMES L. MOORE
   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com
11

12
13  ☒    b. **United States mail, postage full prepaid**

14  Creditors Matrix

15  **WILLIAM WALTER PLISE**
    7345 S. DURANGO DR., B107
16  UNIT #206
    LAS VEGAS, NV 89113
17

18  JOHN P. LEWIS, JR.
    LAW OFFICE OF OHN P. LEWIS, JR.
19  1412 MAIN STREET, SUITE 210
    DALLAS, TX 75202
20

21  ☐    c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*
22       I personally delivered the document(s) to the persons at these addresses:

23  ☐    For a party represented by an attorney, delivery was made by handing the
24       document(s) to the attorney or by leaving the document(s) at the attorney's office
         with a clerk or other person in charge, or if no one is in charge by leaving the
25       document(s) in a conspicuous place in the office.

26  ☐    For a party, delivery was made by handing the document(s) to the party or by
27       leaving the document(s) at the person's dwelling house or usual place of abode
         with someone of suitable age and discretion residing there.
28

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169
Telephone: (702) 720-3370
Facsimile: (702) 720-3371

☐     **d. By direct e mail** (as opposed to through the ECF System) **(List persons and email addresses. Attach additional paper if necessary)**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on *(date)*: March 5, 2014

Carol E. Jorvig                         /s/    Carol E. Jorvig
(NAME OF DECLARANT)               (SIGNATURE OF DECLARANT)

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169
Telephone: (702) 720-3370
Facsimile: (702) 720-3371

- 7 -

```
Label Matrix for local noticing        AMERICAN EXPRESS BANK FSB              BANK OF GEORGE
0978-2                                 c/o Becket and Lee LLP                 C/O SHEA & CARLYON, LTD.
Case 12-14724-lbr                      POB 3001                               701 BRIDGER AVENUE, STE 850
District of Nevada                     Malvern, PA 19355-0701                 LAS VEGAS, NV 89101-8959
Las Vegas
Wed Mar  5 15:19:54 PST 2014

CASHMAN EQUIPMENT COMPANY              ELIOT A. ALPER AS TRUSTEE OF THE ELIOT A. AL   ELIOT A. ALPER REVOCABLE TRUST
C/O HOLLAND & HART                     3535 EXECUTIVE TERMINAL DR, STE 300    3535 Executive Terminal Drive
9555 HILLWOOD DR, 2ND FLR              HENDERSON, NV 89052-4228               Suite 300
LAS VEGAS, NV 89134-0532                                                      Henderson, NV 89052-4228


FNBN-CMLCON I, LLC                     KOBA INVESTMENTS, LLC                  OLD TOLL ROAD, LLC
701 N GREEN VALLEY PKWY., STE., 110    3885 ROCKBOTTOM ST                     Matthew L. Johnson & Associates, P.C>
HENDERSON, NV 89074-6178               NORTH LAS VEGAS, NV 89030-1201         8831 W. Sahara Ave
                                                                              LAS VEGAS, NV 89117-5865


United States Bankruptcy Court         BANC OF AMERICA LEASING & CAPITAL, LLC BANK OF AMERICA LEASING & CAPITAL, LLC
300 Las Vegas Blvd., South             C/O THOMAS E. SHUCK, ESQ.              C/O THOMAS E. SHUCK, ESQ.
Las Vegas, NV 89101-5833               PARKER MILLIKEN CLARK O'HARA & SAMU    PARKER MILLIKEN CLARK O'HARA & SAMU
                                       555 S. FLOWER ST., 30TH FLR            555 S. FLOWER ST., 30TH FLR
                                       LOS ANGELES, CA 90071-2440             LOS ANGELES, CA 90071-2440

Banc of America Leasing                Bank of Nevada                         C/O MICHAEL STRICKLAND
c/o David Edlan                        c/o mazur & Brooks, A P.L.C            RIALTO CAPITAL
555 S. Flower St 30th Fl               3203 E Warm Spring Road, Ste 500       750 HAMMOND DRIVE, BLDG. 6, STE 300
Los Angeles, CA 90071-2440             Las Vegas NV 89120-3171                ATLANTA, GA 30328-5532
                                       (702) 564-3128 (702) 564-3175 fax
                                       mmazaur@mazurandbrooks.com

CITY CROSSING 10 SECOND IRREVOCABLE BUSINESS   CITY CROSSING 11 IRREVOCABLE BUSINESS TRUST   CITY CROSSING 12 IRREVOCABLE BUSINESS TRUST
C/O JAMES D. GREENE, GREENE INFUSO, LLP C/O JAMES D. GREENE, GREENE INFUSO, LLP C/O JAMES D. GREENE, GREENE INFUSO, LLP
3030 SOUTH JONES BOULEVARD, SUITE 101  3030 SOUTH JONES BOULEVARD, SUITE 101  3030 SOUTH JONES BOULEVARD, SUITE 101
LAS VEGAS, NEVADA 89146-6793           LAS VEGAS, NEVADA 89146-6793           LAS VEGAS, NEVADA 89146-6793


CITY NATIONAL BANK                     CML-ADC VENTURE LLC                    CML-NV ONE LLC
C/O NATHAN H HARRIS                    MATTHEW T KNEELAND ESQ                 C/O RYAN ANDERSEN
HEMAR ROUSSO & HEALD LLP               1731 VILLAGE CENTER CIRCLE             300 S 4TH ST., STE 1700
15910 VENTURA BLVD 12TH FLR            LAS VEGAS, NV 89134-0516               LAS VEGAS, NV 89101-6000
ENCINO, CA 91436-2829


CML-NV ONE, L.L.C                      CML-NV ONE, LLC                        Cashman Equipment Company
SUCCESSOR TO SILVER STATE BANK         C/O MICHAEL STRICKLAND                 c/o mazur & Brooks, A P.L.C
C/O COATS, ROSE, YALE, RYMAN & LEE, P.C.  RALTO CAPITAL                       3203 E Warm Spring Road, Ste 500
1717 WEST 6TH STREET, SUITE 420        750 HAMMOND DRIVE, BLDG. 6, SUITE 300  Las Vegas NV 89120-3171
AUSTIN, TX 78703-4778                  ATLANTA, GA 30328-5532                 (702) 564-3128 (702) 564-3175 fax
                                                                              mmazaur@mazurandbrooks.com

City Crossing 9 Second Irrevocable Business   Clayton Mortgage and Investment   ELIOT A. ALPER, TRUSTEE
c/o James D. Greene, Greene Infuso, LLP   c/o mazur & Brooks, A P.L.C       ELIOT A. ALPER REVOCABLE TRUST
3030 South Jones Boulevard, Suite 101  3203 E Warm Spring Road, Ste 500       C/O EDWARD J. HANIGAN
Las Vegas, Nevada 89146-6793           Las Vegas NV 89120-3171                2580 ANTHEM VILLAGE DRIVE
                                       (702) 564-3128 (702) 564-3175 fax      HENDERSON, NV 89052-5503
                                       mmazaur@mazurandbrooks.com

FIA CARD SERVICES, N.A.                FNBN-CMLCON I, LLC                     FNBN-CMLCON I, LLC
4161 Piedmont Parkway                  C/O WOODBURY LAW, LTD.                 c/o Woodbury, Morris & Brown
NC4 105 03 14                          d.b.a WOODBURY LAW                     701 N. Green Valley Pkwy., Ste. 110
Greensboro, NC 27410                   50 S. Stephanie St., Suite 201         Henderson, NV 89074-6178
                                       Henderson, NV 89012-5731
```

| | | |
|---|---|---|
| Internal Revenue Service<br>110 N City Parkway<br>Las Vegas, NV 89106-6085<br>M/S 5028LVG / Insolvency | Jerry Hayes<br>Chief Credit Officer<br>9115 West Russell Road, Suite 110<br>Las Vegas, NV 89148-1235 | MICHAEL STRICKLAND<br>RIALTO CAPITAL<br>750 HAMMOND DRIVE, BLDG. 6, SUITE 300<br>ATLANTA, GA 30328-5532 |
| SPACEFINDERS REALTY, INC.<br>C/O EDWARD J. HANIGAN<br>2580 ANTHEM VILLAGE DRIVE<br>HENDERSON, NV 89052-5503 | THE ALPER LIMITED PARTNERSHIP<br>C/O EDWARD J. HANIGAN<br>2580 ANTHEM VILLAGE DRIVE<br>HENDERSON, NV 89052-5503 | Tennille Plise<br>13413 Shore Vista Drive<br>Austin, TX 78732-1618 |
| Tennille Plise<br>c/o Matthew L. JOhnson & Associates, P.C<br>8831 W. Sahara Ave<br>Las Vegas, NV 89117-5865 | U.S. TRUSTEE - LV - 7<br>300 LAS VEGAS BOULEVARD, SO.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | Amy Stipp<br>10120 W. Flamingo Rd. Suite 4-124<br>Las Vegas, NV 89147-8392 |
| JON E. FIELD<br>LOUIS M. BUBALA III, ESQ.<br>ARMSTRONG TEASDALE LLP<br>50 W. LIBERTY ST., STE. 950<br>RENO, NV 89501-1979 | LENARD E. SCHWARTZER<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. JONES BOULEVARD, SUITE 1<br>LAS VEGAS, NV 89146-5640 | MICHAEL HALVERSON<br>3885 ROCKBOTTOM ST<br>NORTH LAS VEGAS, NV 89030-1201 |
| SHELLEY D. KROHN<br>228 S. 4th STREET, STE 300<br>LAS VEGAS, NV 89101-5709 | TENNILLE I. PLISE<br>Matthew L. Johnson & Associates, P.C><br>8831 W. Sahara Ave<br>Las Vegas, NV 89117-5865 | WILLIAM WALTER PLISE<br>7345 S. DURANGO DR., B107<br>UNIT #206<br>LAS VEGAS, NV 89113-3653 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ALPER LIMITED PARTNERSHIP | (u)BRANDLIN & ASSOCIATES | (u)CML-ADC VENTURE LLC |
| (u)CML-NV ONE, LLC | (u)NELSON & HOUMAND, P.C. | (u)SPACEFINDERS REALTY, INC. |
| (d)AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN  PA 19355-0701 | (d)Eliot A. Alper Revocable Trust<br>3535 Executive Terminal Drive<br>Suite 300<br>Henderson, NV 89052-4228 | (u)MITCHELL STIPP |
| (u)PAUL M HEALEY | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients   10<br>Total                  54 | |