Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
NELSON & HOUMAND, P.C.
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Electronically Filed On: March 5, 2014*

Attorneys for Shelley D. Krohn, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WALTER PLISE,<br><br>Debtor. | Case No. BK-S-12-14724-LBR<br>Chapter   7<br><br>**DECLARATION OF CAROL JORVIG IN SUPPORT OF AMENDED CERTIFICATE OF SERVICE TO NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF NELSON & HOUMAND, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED DURING THE PERIOD FROM SEPTEMBER 3, 2013 THROUGH FEBRUARY 7, 2014 AND FOR REIMBURSEMENT OF EXPENSES**<br><br>Date of Hearing:   March 12, 2014<br>Time of Hearing:   9:30 a.m.<br>Place: Courtroom No. 5, Second Floor<br>       Foley Federal Building<br>       300 Las Vegas Blvd., S.<br>       Las Vegas, NV 89101<br><br>Judge: Honorable Linda B. Riegle |

I, Carol E. Jorvig, declare under penalty of perjury as follows:

1.    I am over the age of 18 years and I am competent to make this declaration. I have personal knowledge of the facts set forth herein, except for those facts stated on information and belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I

- 1 -

1. could and would testify as to the matters set forth below based upon my personal knowledge.

2. I am the Office Administrator with the law firm of Nelson & Houmand, P.C. (alternatively, the "Firm" or "Nelson & Houmand, P.C."), counsel of record for Shelley D. Krohn, the Chapter 7 Trustee in the above-referenced matter.

3. I make this declaration in support of the Amended Certificate of Service for the Notice of Hearing of First Interim Application of Nelson & Houmand, P.C. for Allowance of Compensation for Services Rendered during the Period from September 3, 2013 Through February 7, 2014 and for Reimbursement of Expenses (the "Amended Certificate of Service").

4. On February 10, 2014, I mailed true and correct copies of the Notice of Hearing for the First Interim Application of Nelson & Houmand, P.C. for Allowance of Compensation for Services Rendered during the Period from September 3, 2013 Through February 7, 2014 and for Reimbursement of Expenses (the "Notice of Hearing") to all creditors and parties in interest.

5. On February 10, 2014, I inadvertently filed a Certificate of Service that indicated that I only served Notice of Hearing to those receiving electronic notice via CM/ECF and to William Walter Plise (the "Debtor") and John P. Lewis, Jr., Esq. by mail. *See* Main Bankruptcy Docket Number 675 (the "Certificate of Service").

6. On March 5, 2014, I was preparing the Certificate of Service for the Reply to the Limited Opposition to the First Interim Application of Nelson & Houmand, P.C. for Allowance of Compensation for Services Rendered During the Period from September 3, 2013 Through February 7, 2014 and for Reimbursement of Expenses, and realized that the Certificate of Service did not reflect the parties that were served with the Notice of Hearing on February 10, 2014.

7. On March 5, 2014, I reviewed the file, my notes, and the postage log for the Debtor's bankruptcy case for February 10, 2014, and confirmed that all of the Debtor's creditors and parties in interest received notice of the hearing on the First Interim Application of Nelson & Houmand, P.C. for Allowance of Compensation for Services Rendered During the Period from September 3, 2013 Through February 7, 2014 and for Reimbursement of Expenses.

. . . .

8.      The Amended Certificate of Service accurately reflects the parties that received notice of the hearing on the First Interim Application of Nelson & Houmand, P.C. for Allowance of Compensation for Services Rendered during the Period from September 3, 2013 Through February 7, 2014 and for Reimbursement of Expenses.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge, information and belief.

Dated this 5th day of March, 2014.

*Carol E. Jorvig* (signature)

Carol E. Jorvig

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169
Telephone: (702) 720-3370
Facsimile: (702) 720-3371