

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
March 17, 2014

Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
NELSON & HOUMAND, P.C.
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-12-14724-LBR<br>Chapter 7 |
| WILLIAM WALTER PLISE,<br><br>Debtor. | **ORDER GRANTING FIRST INTERIM APPLICATION OF NELSON & HOUMAND, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED DURING THE PERIOD FROM SEPTEMBER 3, 2013 THROUGH FEBRUARY 7, 2014 AND FOR REIMBURSEMENT OF EXPENSES**<br><br>Date of Hearing:    March 12, 2014<br>Time of Hearing:    9:30 a.m.<br>Place: Courtroom No. 5, Second Floor<br>        Foley Federal Building<br>        300 Las Vegas Blvd., S.<br>        Las Vegas, NV 89101<br><br>Judge: Honorable Linda B. Riegle |

This matter came before this court on the First Interim Application of Nelson & Houmand, P.C. for Allowance of Compensation for Services Rendered During the Period from

- 1 -

September 3, 2013 Through February 7, 2014 and for Reimbursement of Expenses (the "Application") [Docket No. 674], filed on February 9, 2014 by the law firm of Nelson & Houmand, P.C. (the "Firm"), counsel of record for Shelley D. Krohn, the Chapter 7 Trustee in the above-referenced bankruptcy case (the "Trustee"). The Application sought interim approval of attorneys' fees in the amount of one hundred ninety-seven thousand thirty seven and 50/100 dollars ($197,037.50) and reimbursement of expenses in the amount of two thousand five hundred ninety-four and 58/100 dollars ($2,594.58).

Tennille Plise filed a Limited Opposition to the First Interim Application of Nelson & Houmand, P.C. for Allowance of Compensation for Services Rendered During the Period from September 3, 2013 Through February 7, 2014 and for Reimbursement of Expenses (the "Limited Opposition") [Docket No. 677]. Victoria L. Nelson, Esq. appeared on behalf of the Firm and all other appearances were noted on the record.

The Court reviewed the Application, the Declaration of Victoria L. Nelson In Support of the First Interim Application of Nelson & Houmand, P.C. for Allowance of Compensation for Services Rendered During the Period from September 3, 2013 Through February 7, 2014 and for Reimbursement of Expenses (the "Nelson Declaration") [Docket No. 675], and the Limited Opposition, the exhibits attached thereto, and all of the pleadings and papers on file herein. Based on this review and consideration and good cause appearing,

**IT IS HEREBY ORDERED** that the Application is **GRANTED** in its entirety.

**IT IS FURTHER ORDERED** that the Firm is awarded attorneys' fees in the amount of one hundred ninety-seven thousand thirty seven and 50/100 dollars ($197,037.50) and reimbursement of expenses in the amount of two thousand five hundred ninety-four and 58/100 dollars ($2,594.58).

**IT IS FURTHER ORDERED** that all interim fees and expenses paid to professionals are subject to disgorgement until final allowance by this Court.

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that the Court has not made a determination as to the Proof of Claim filed by Tennille Plise on July 24, 2013.

**IT IS SO ORDERED.**

**Prepared and Submitted By:**

**NELSON & HOUMAND, P.C.**

/s/ *Victoria L. Nelson*
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Jacob L. Houmand, Esq. (NV Bar No. 12781)
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*



**RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐   The Court has waived the requirements set forth in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

<u>Party</u>
Mathew L. Johnson, Esq.
Russell G. Gubler, Esq.
Mathew R. Carlyon, Esq.
Johnson & Gubler, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117

<u>Response</u>
Approved as to form and content.

*Attorneys for Tennille I. Plise and Old Toll Road, LLC*

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**NELSON & HOUMAND, P.C.**

<u>/s/ Victoria L. Nelson</u>
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Jacob L. Houmand, Esq. (NV Bar No. 12781)
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:   702/720-3370
Facsimile:    702/720-3371

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

###